Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Heidy Aracely Chivalan Pelico        **JUDGMENT IN A CIVIL CASE**
       CASE NUMBER: 26-cv-28

   v.

Michael Filicetti, et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is granted.

Date: February 9, 2026        MARY C. LOEWENGUTH
       CLERK OF COURT

       By: s/Jasmin
           Deputy Clerk